LOUIS LUDWIG, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Ludwig* v. *Metropolitan Street Ry. Co.,* 71 App. Div. 210, reversed.
(Argued April 2, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

April 24, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, Charles F. Brown* and *Henry A. Robinson* for appellant.

*Joseph G. Williamson, Jr.,* and *R. Gordon Mackay* for respondent.

Judgment reversed and new trial granted, costs to abide event, on opinion of McLAUGHLIN, J., below.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: BARTLETT, J,